ANTHONY PETROZZI

VS

PHYLLIS FAEHNRICK 2017 FEB 22 PM 2:13  1 17 CV 0365
CINDY SMITH
BUCKINGHAM ET.AL
STATE OF OHIO

FILED

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

JUDGE GAUGHAN

MOTION FOR APPOINTMENT
OF COUNSEL.

THE PLAINTIFF NEEDS LEGAL COUNCIL
AS HE WAS ADOPTED ILLEGALY.
THE PLAINTIFF IS BEING SET UP
BY THE LAW FIRM COMMITING CIVIL
RIGHTS VIOLATIONS WITH FALSE
DOCUMENTATION. AND FILLING
LAWSUITES TO SILENCE THE
ILLEGAL ADOPTION.
THE PLAINTIFF IS BEING SET UP
FROM THE LAW FIRM USING THE
PLAINTIFFS IDENITY TO COMMT
FRAUD ALONG WITH DEFENDANTS
CINDY SMITH PHYLLIS FEAHNRICH
THE PLAINTIFF WAS ADOPTED ILEGALLY
BY THE STATE OH.

FEB 22 2017