# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Anthony Petronzio,** | ) | **CASE NO. 1:17 CV 365** |
| | ) | |
| **Plaintiff,** | ) | **CHIEF JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| v. | ) | |
| | ) | **Judgment Entry** |
| **Buckingham, Doolittle** | ) | |
| **& Burroughs,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    For the reasons stated in the Court's Memorandum of Opinion and Order, this action is dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.


    /s/ Patricia A. Gaughan
    PATRICIA A. GAUGHAN
    United States District Court
    Chief Judge

Dated: 6/21/17